# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Alec V. Matthews, <br> *Petitioner* <br> v. <br> Travis Bragg, <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 1:19-03074-MBS <br> ) <br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Alec V. Matthews, shall take nothing of the respondent, Travis Bragg, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, concurring with the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  March 5, 2020                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                s/L. Baker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*